# District of Columbia
# Court of Appeals


FILED
FEB 01 2018
DISTRICT OF COLUMBIA
COURT OF APPEALS

No. 16-AA-1091

KATARINA STRAUGHN,

Petitioner,

v.

CRB71-16

D.C. DEPARTMENT OF EMPLOYMENT SERVICES
(WORKER'S COMPENSATION),

Respondent,

and

WASHINGTON METROPOLITAN
AREA TRANSIT AUTHORITY,

Intervenor.

BEFORE: Blackburne-Rigsby, Chief Judge; McLeese, Associate Judge and Nebeker, Senior Judge

## ORDER

On consideration appellant's motion to publish, and intervenor's opposition, it is

ORDERED that the motion to publish the memorandum opinion and judgment is granted, and the Clerk shall issue the attached opinion forthwith.

**PER CURIAM**

No. 16-AA-1091

Copies to:

Timothy Fitzpatrick
Compensation Review Board
4058 Minnesota Avenue, NE
Suite 4005
Washington, DC 20019

Copies e-served to:

Krsita N. DeSmyter, Esquire
7852 Walker Drive
Suite 300
Greenbelt, MD    20770

Mark H. Dho, Esquire
Sarah O. Rollman, Esquire
Office of General Counsel
Washington Metropolitan Are Transit authority
600 Fifth Street, NW
Washington, DC 2001

Loren L. Alikhan, Esquire
Acting Solicitor General for DC
441 4th Street, NW
Suite 600S
Washington, DC 20001